UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br><br>        Plaintiff,<br><br>v.<br><br>GEORGE ORR HENDRY,<br><br>        Defendant. | Case No. 4:21-cv-09515-KAW<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Re: Dkt. No. 23 |

On May 9, 2022, Defendant filed a motion for administrative relief asking the undersigned to issue an order to show cause to Plaintiff to explain why subject matter jurisdiction exists and why the Court should exercise supplemental jurisdiction over the Unruh Act claim. (Def.'s Mot., Dkt. No. 23.) Pursuant to Civil Local Rule 7-11(b) Plaintiff's response was due by May 13, 2022. On May 16, 2022, Plaintiff filed an untimely opposition. (Pl.'s Opp'n, Dkt. No. 25.)

Notwithstanding, the Court DENIES Defendant's administrative motion. Defendant is free to file a formal motion to dismiss under Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction at any time. Upon a cursory review of the complaint, however, Defendant is advised that Plaintiff appears to allege sufficient injury to satisfy jurisdictional requirements under the ADA.

IT IS SO ORDERED.

Dated: May 26, 2022

                                                            KANDIS A. WESTMORE
                                                            United States Magistrate Judge